# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID SHEARRER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:19-cv-01062-JHE |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| Defendant. | ) |

## DISMISSAL ORDER[1]

In accordance with the memorandum opinion entered contemporaneously herewith, no issue of material fact exists, and Defendant Norfolk Southern Railway Company ("Norfolk Southern") is entitled to judgment as a matter of law. Accordingly, Norfolk Southern's motion for summary judgment, (doc. 240, is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**.

The parties shall bear their own respective costs.

DONE this 9th day of March, 2021.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

---

[1] In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties have voluntarily consented to have a United States Magistrate Judge conduct any and all proceedings, including trial and the entry of final judgment. (Doc. 8).